USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8-24-2016

**WILMERHALE**

Cosmin Maier

+1 212 230 8816 (t)
+1 212 230 8888 (f)
cosmin.maier@wilmerhale.com

August 24, 2016

**Via CM/ECF**

Honorable Judge
For the Southern District of New York
500 Pearl Street
New York, New 10007

The application is ✓ granted
___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 8-24-2016
New York, New York

Re: *Silvana Magda v. Brazilian American Cultural Center, Inc.,* Case No. 16cv6670

      We represent Plaintiff in the above mentioned case. Earlier today, we commenced this action via the court's ECF system. When we uploaded the Complaint in the action, we failed to attach Exhibits A-D.  We notified Case Openings immediately of this oversight, and were advised to write this letter. We respectfully request permission to have the attached Exhibits A-D and uploaded as attachments to the Complaint in this action.

Thank you very much for your time and consideration in this matter

Respectfully yours,

/s/ Cosmin Maier
Cosmin Maier