UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SILVANA MAGDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.   16-cv-6670 |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| | ) | |
| BRAZILIAN AMERICAN CULTURAL | ) | |
| CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this

action for Plaintiff Silvana Magda.  I certify that I am admitted to practice in this court.

Dated: New York, New York
        August 25, 2016

                                        Respectfully submitted,

                                        /s/ Mark G. Matuschak
                                        Mark G. Matuschak
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        Ph. (212) 230-8800
                                        Fax (212) 230-8800
                                        Email: mark.matuschak@wilmerhale.com